SCWC-18-0000600

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

RAMONCITO D. ABION, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000600, CASE NO. 2PC161000043)

ORDER GRANTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, JJ., and
Circuit Judge Castagnetti, in place of Pollack, J., recused)

Petitioner/Defendant-Appellant Ramoncito Abion's
application for writ of certiorari filed on May 1, 2020, is
hereby accepted and will be scheduled for oral argument.  The
parties will be notified by the appellate clerk regarding
scheduling.

DATED: Honolulu, Hawai‘i, June 24, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Jeannette H. Castagnetti